434

REID, Chief Justice. Exceptions in this case are taken to the same judgment and error is assigned thereon by these plaintiffs in error, for the same reasons considered in the case of *Commodity Credit Corporation* v. *Wells,* 188 *Ga.* 287 (3 S. E. 2d, —). The rulings there made control the case adversely to the contentions of the plaintiffs in error.

*Judgment affirmed. All the Justices concur.*

No. 12862. JULY 11, 1939.

*Erwin & Nix,* for plaintiffs in error.

*J. B. G. Logan, R. C. Scott, Herbert Edmondson,* and *G. M. Lawson,* contra.

BRADLEY *et al. v.* BURNS.

No. 12863. JULY 11, 1939.

*G. Seals Aiken* and *H. D. Bradley,* for plaintiffs in error.

*Boykin & Boykin,* contra.

DUCKWORTH, Justice. J. G. Burns filed suit in Carroll County superior court against W. P. Cumbie, a resident of Carroll County, and H. D. Bradley, a resident of Fulton County. The petition as finally amended alleged, in substance, that on August 26, 1935, H. D. Bradley executed and delivered to W. W. Richardson a bond for title obligating Bradley, upon the payment of $209.63 to convey to Richardson certain land in Carroll County described in the petition; that on January 27, 1936, Richardson for a valuable consideration transferred and assigned the bond for title to J. G. Burns; that defendant Cumbie as tenant of defendant Bradley is in possession of the land involved, and is paying the rents to Bradley; that plaintiff is entitled to the rents on the property since